UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| Ann Gail McNeil, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| Carolyn W. Colvin, | ) | No. 5:14-CV-251-BO |
| *Acting Commissioner of Social Security*, | ) | |
|     Defendant. | ) | |
| | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's motion for judgment on the pleadings [DE 17] is GRANTED and defendant's motion for judgment on the pleadings [DE 19] is DENIED and this matter is REMANDED to the Commissioner for further proceedings consistent with this decision.

This case is closed.

**This judgment filed and entered on April 21, 2015, and served on:**

Meredith S. Hinton (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)

April 21, 2015

JULIE RICHARDS JOHNSTON, CLERK

By: Deputy Clerk